# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1839 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | No. 57 DB 2012 |
| | : | |
| BRETT O. FEESE, | : | Attorney Registration No. 29939 |
| Respondent | : | (Lycoming County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of October, 2014, there having been filed with this Court by Brett O. Feese his verified Statement of Resignation dated August 29, 2014, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Brett O. Feese is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.